IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DANA MARIE THOMSON,<br><br>        Plaintiff,<br><br>    v.<br><br>CAMDEN COUNTY CORRECTION FACILITY; STATE OF NEW JERSEY; CAMDEN COUNTY FREEHOLDERS,<br><br>        Defendants. | Civil Action<br>No. 16-6718 (JBS-AMD)<br><br>**MEMORANDUM OPINION** |

**SIMANDLE, Chief District Judge**

    Plaintiff Dana Marie Thomson seeks to bring this civil action in forma pauperis ("IFP"), without prepayment of fees or security. IFP Application, Docket Entry 1-1.

    Plaintiff did not complete the application and left several pages blank. The Court will therefore deny the application without prejudice, and the matter shall be administratively terminated pending submission of the $350 filing fee and $50 administrative fee or a complete IFP application.

    An appropriate order follows.

| | |
|---|---|
| **November 23, 2016** | s/ Jerome B. Simandle |
| Date | JEROME B. SIMANDLE<br>Chief U.S. District Judge |